BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOILA MENDEZ, | 1:12-cv-00506-LJO-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL; ORDER** |
| v. | |
| ROSENDA ARIAS MACIAS, UNITED STATES POSTAL SERVICE, and DOES 1 through 30, inclusive, | |
| Defendants. | |

Pursuant to the terms of a written settlement agreement as well as the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

                                                    Respectfully submitted,

Dated: October 11, 2012            LAW OFFICES OF YOUNG & NICHOLS

                                        By:   /s/Thomas A. Brill
                                                THOMAS A. BRILL
                                                Attorneys for Plaintiff Zoila Mendez

///

///

Dated: October 11, 2012         BENJAMIN B. WAGNER
                                United States Attorney

                        By:     /s/Jeffrey J. Lodge
                                JEFFREY J. LODGE
                                Assistant U.S. Attorney
                                Attorneys for the United States of America

ORDER OF DISMISSAL

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.  The clerk is directed to close this action.

    IT IS SO ORDERED.

**Dated:   October 11, 2012**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER