BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOILA MENDEZ, | 1:12-cv-00506-LJO-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL; ORDER** |
| v. | |
| ROSENDA ARIAS MACIAS, UNITED STATES POSTAL SERVICE, and DOES 1 through 30, inclusive, | |
| Defendants. | |

Pursuant to the terms of a written settlement agreement as well as the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 11, 2012         LAW OFFICES OF YOUNG & NICHOLS

                                By:   /s/Thomas A. Brill
                                      THOMAS A. BRILL
                                      Attorneys for Plaintiff Zoila Mendez

///

///

1
2  Dated: October 11, 2012                BENJAMIN B. WAGNER
                                          United States Attorney
3
4                              By:     /s/Jeffrey J. Lodge
                                          JEFFREY J. LODGE
5                                         Assistant U.S. Attorney
                                          Attorneys for the United States of America
6
7
8                              ORDER OF DISMISSAL
9       The above stipulation is APPROVED, and this action is hereby DISMISSED WITH
10 PREJUDICE.  The clerk is directed to close this action.
11      IT IS SO ORDERED.
12 **Dated:   October 11, 2012**                /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE